# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143569

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 143569
      COA: 304623
      Calhoun CC: 1995-000817-FC

BRIAN ANDR'E WARREN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

y1114